IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MAY ANN BENELL,<br><br>           Plaintiff,<br><br>v.<br><br>ROUTHMEIR STERLING, INC.,<br><br><br>           Defendant. | NO. 4:10-cv-00193<br><br><br><br><br>VOLUNTARY DISMISSAL<br>WITH PREJUDICE |

      Pursuant to Rule 41.1(a)(2) of the Local Federal Rules of Civil Procedure, plaintiff May Ann Benell requests all claims raised or that could have been raised in this action are hereby dismissed with prejudice and each party will bear its own costs and attorney fees.


   /s/ L. Ashley Zubal
L. Ashley Zubal    AT0009559
MARKS LAW FIRM, P.C.
4225 University Avenue
Des Moines, Iowa  50311
(515) 276-7211
FAX (515)276-6280
ATTORNEY FOR PLAINTIFF

Mr. Charlie Liow
Litow & Pech, P.C.
P.O. Box 2165
Cedar Rapids, IA 52406


**CERTIFICATE OF SERVICE**:  By signing above, the attorney, L. Ashley Zubal certifies that on the 7th day of October, 2010, this document was filed electronically in the United States Bankruptcy Court, for the Southern District of Iowa.  The parties listed will receive notice via US Mail.